**David Henry ROGERS, Plaintiff–Appellant,**

v.

**R.S. BURKE, Jr., as Agent for the U.S. Veterans Administration, personally and individually; U.S. Veterans Administration, Defendants–Appellees.**

No. 09–2277.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

David Henry Rogers, Appellant Pro Se. Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Henry Rogers appeals the district court's order dismissing his claims of "malfeasance" and intentional infliction of emotional distress against the Veterans' Administration and one of its officials. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rogers v. Burke,* No. 5:09–cv–00068–FL (E.D.N.C. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*